PETER B. BUNTING #124104
Attorney at Law
2304 W Shaw Ave Ste 103
Fresno CA 93711
Telephone: 559.226.4030
Facsimile: 559.226.4148
Email: info@peterbbuntinglaw.com

Attorney for Debtors CARRILLO

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| In re<br><br>NICHOLAS J. CARRILLO, JR. AND MISTY DAWN CARRILLO,<br><br><br><br><br><br><br><br>Debtors. | Chapter 13<br>Case No. 22-12053A-13F<br>DC No. PBB-5<br><br>HEARING<br>Date: August 21, 2024<br>Time: 9:30 a.m.<br>Dept: A<br>Ctrm: 11 (5th Floor)<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno, California 93721-1318<br><br>HONROABLE JENNIFER E. NIEMANN |

**MOTION FOR CONFIRMATION OF
FOURTH MODIFIED CHAPTER 13 PLAN**

1

The Debtors, Nicholas J. Carrillo and Misty Dawn Carrillo (hereinafter referred to as "Debtors"), hereby move this Court for an Order confirming the Fourth Modified Chapter 13 Plan filed pursuant to 11 U.S.C. § 1329.

1. This motion is served to all creditors and interested parties on 35 days' notice as required by Local Bankruptcy Rule 3015-1(d)(2) and 9014(f)(1) and complies with service requirements of Federal Rule of Bankruptcy Procedure 3015(g).

2. The factual statements in the Debtor's Declaration and the factual grounds stated in the Motion meet all requirements of 11 U.S.C. §§1322 and 1325(a).

3. The Debtors hereby move this Court for an Order approving the Fourth Modified Chapter 13 Plan for the following reasons:

4. Nicholas J. Carrillo and Misty Dawn Carrillo are the Debtors in the case number 22-12053. Their petition was filed on December 1, 2022.

5. Debtors have tendered an aggregate amount of $11,330.00 in Plan payments since they filed their case.

6. Debtors do not have a mortgage loan.

7. Debtors are filing the proposed Fourth Modified Chapter 13 Plan to request a deferment of the Plan payments that have been missed by changing the amount that has come due since the case was filed, no payment July 2024, and payments to resume August 2024 at a rate of $1,436.00 per month. Debtors' Plan payments will increase in month 28 after payoff of Aaron's LLC.

8. Debtors Plan payments will result in a decrease in the percentage to unsecured creditors from 15 percent to eight percent.

9. Filed concurrently herewith as Exhibit "A" is an invoice from American Tire

Depot dated May 17, 2024 in the amount of $1,456.71. Debtors assert that they have been unable to stay current due to an increase in post-petition obligations which Debtors have paid.

10. Filed concurrently herewith as Exhibit "B" is a copy of Debtors' most recent pay-stub. Said pay-stubs have been used to prepare the Supplemental Schedule I filed concurrently herewith as Exhibit "C". Debtors assert that the Supplemental Schedule I is an accurate reflection of their current income.

11. In this Fourt Modified Chapter 13 Plan the payments are as follows: Aggregate amount of $11,330.00 in the first 18 months, no payment July 2024, $1,436.00 per month for 8 months, then $1,519.00 per month for 33 months.

12. Unsecured creditors will receive eight percent in accordance with the Debtors' ability to pay.

13. Filed concurrently herewith as Exhibit "D" is a copy of Debtors' Supplemental Schedule J which has been filed in support of the Fourth Modified Chapter 13 Plan. Debtors assert that the schedules are an accurate reflection of their current expenses. Line 23c of Schedule J reflect Debtors have enough disposable to make their required modified payment.

14. Debtors assert that they are both employed full-time and are commuting to and from work. Debtors are paying Darcie Staff $150.00 per month for child care. Filed concurrently herewith as Exhibit "E" is a written statement signed by Darcie Staff.

15. Debtors hereby move this court to confirm the Fourth Modified Chapter 13 Plan, which was served on Lilian G. Tsang, all creditors and all interested parties and is filed concurrently herewith.

16. The Fourth Modified Chapter 13 Plan complies with applicable law.

3

17. Any fees or charges required by Chapter 123 of Title 28 of the U.S. Code have been paid.

18. The Fourth Modified Chapter 13 Plan is proposed in good faith and is not by any means forbidden by law. The Petition was filed in good faith. The Debtors have been in this bankruptcy case for 18 months and intend to complete this modified Plan.

19. Chapter 7 liquidation requires unsecured claims receive a $0.00. Debtors' Plan meets said liquidation requirement. Debtors have listed all assets in Schedule A and B and believes the values remain the same, if not less.

20. As required by section 1325(a)(5)(B), the modified Plan provides that all secured creditors retain their lien on their collateral until the secured claim is paid or until the creditors accepts surrender of their collateral. All secured creditors have either accepted the Plan, will be allowed to collect and dispose of the collateral via surrender thereof, or will be paid the value of their collateral pursuant to terms of the Plan. All required motions to value have been filed.

21. The Debtors have no on-going domestic support obligation.

22. The Debtors have filed all applicable tax returns which have become due for the last four years.

WHEREFORE the Debtors asks that the Court confirm their Fourth Modified Chapter 13 Plan.

Dated:　　JUL 0 5 2024

*Peter B. Bunting*
PETER B. BUNTING
Debtor(s) Attorney